UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
       -against-                        :
                                        :
FELIX CORDERO, SR.,                     :
                       Defendant.       :
                                        :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2021

**ORDER**

1:17-cr-00290-GHW-4
Docket #

  Gregory H. Woods  , **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

  James M. Branden   is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

**SO ORDERED**.

Dated: May 19, 2021
New York, New York

_____
**UNITED STATES DISTRICT JUDGE**